KIMBERLY A. SANCHEZ
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00056-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE** |
| v. | |
| NAPOLEON CURTIS WASHINGTON, | COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The Indictment in this case was filed on March 6, 2025. At that time, this case was assigned to Judge Dale A. Drozd.

2. The defendant was arraigned on the Indictment on May 8, 2025. During that hearing, the parties set a status conference before Judge Drozd for August 4, 2025.

3. On June 6, 2025, the Government filed a Notice of Related Cases. On June 11, 2025, Judge John A. Mendez signed the Related Case Order, which reassigned this case to Judge Mendez. As part of the reassignment process, the August 4 status conference was vacated.

//

//

4. By this stipulation, the Government now moves to **set a status conference at 9:00 AM, on August 05, 2025.**

IT IS SO STIPULATED.

Dated: July 23, 2025         KIMBERLY A. SANCHEZ
                             Acting United States Attorney

                             /s/ CHARLES CAMPBELL
                             CHARLES CAMPBELL
                             Assistant United States Attorney

Dated: July 23, 2025         /s/ MARK REICHEL
                             MARK REICHEL
                             Counsel for Defendant
                             Napoleon Curtis Washington

## ORDER

IT IS SO ORDERED.

Dated: July 23, 2025         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE