UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 02, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NAPOLEON CURTIS WASHINGTON,

Defendant.

Case No.  2:25-cr-00056-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NAPOLEON CURTIS WASHINGTON , Case No.  2:25-cr-00056-JAM  , Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

   X     (Other): **TIME SERVED.**

Dated: June 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE