LAW OFFICES OF ALEXANDER BUGESCU
901 H Street, Suite 405-2
Sacramento, CA 95814
Telephone: (916) 316-3103

ALEXANDER A. BUGESCU
Attorney at Law
State Bar No. 298902

Attorney for Defendant
Napoleon Curtis Washington

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAPOLEON CURTIS WASHINGTON,<br><br>Defendant. | Case No. 2:25-cr-00056-JAM<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF SUPERVISION**<br><br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, as follows:

1. Mr. Washington was ordered to complete 180 days at the RRC program. Since sentencing, Mr. Washington has entered into and engaged in the program.
2. On Saturday, October 17, 2026, Mr. Washington had swelling in his face resulting from a tooth infection. Mr. Washington advised RRC he would be going to the hospital. RRC advised Mr. Washington that he must return by midnight on October 17, 2026.
3. Mr. Washington was released from the hospital on Sunday, October 18, 2026. Mr. Washington went back to RRC where he was advised that his bed is no longer available and that he would need to be re-referred by the Court or probation.
4. Mr. Washington's probation officer confirmed that the above facts are correct and

accurate. He has also confirmed that Mr. Washington has been engaged with the program, acquired his driver's license and found gainful employment.

5. Mr. Washington is currently homeless as a result of losing his bed at RRC.

6. Therefore, the parties agree and stipulate that the Court should add supervision Special Condition number 9 to read: "**You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center. You must pay the cost of confinement as determined by the Bureau of Prisons**."

Respectfully submitted,

Date: October 13, 2026

*/s/ Alex Bugescu*
ALEX BUGESCU
Attorney for Defendant
Napoleon Curtis Washington

ERIC GANT
Unites States Attorney

Date: October 13, 2026

*/s/ Charles Campbell (authorized on 10/19/2026)*
Charles Campbell
Assistance United States Attorney

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE